JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. SCOTT TEDRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 8:24-cv-01057-FWS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-
2  captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii)
3  of the Federal Rules of Civil Procedure, and that all parties bear their own fees and
4  costs.
5      IT IS SO ORDERED.

7  DATED: June 25, 2024  _____
8                                      Honorable Fred W. Slaughter
                                    United States District Judge

2

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
Case No. 8:32-cv-00360-JWH-ADS